No. 437. OCEAN DRILLING & EXPLORATION CO. v. BERRY BROTHERS OIL FIELD SERVICE, INC. C. A. 5th Cir. Certiorari denied. *George B. Matthews* and *Daniel Huttenbrauck* for petitioner. *J. J. Davidson, Jr.*, for respondent.

No. 451. NOWELL v. NOWELL. Sup. Ct. Conn. Certiorari denied. *John T. Bonner* for petitioner. *Edgar W. Bassick III* for respondent.

No. 468. SMITH v. OREGON. Sup. Ct. Ore. Certiorari denied. *Howard R. Lonergan* for petitioner. *George Van Hoomissen* and *Jacob B. Tanzer* for respondent.

No. 93. PUBLIC SERVICE ELECTRIC & GAS CO. v. FEDERAL POWER COMMISSION ET AL. C. A. 3d Cir. Motion of Northwest Jersey Natural Gas, Inc., et al. for leave to file brief, as *amici curiae*, granted. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion and petition. *Edward S. Kirby* for petitioner. *Solicitor General Marshall, Richard A. Solomon, Peter H. Schiff* and *William H. Arkin* for the Federal Power Commission; *Richard J. Connor, Thomas F. Ryan, Jr., Thomas F. Brosnan, Lawrence H. Gall* and *William N. Bonner, Jr.*, for Transcontinental Gas Pipe Line Corp., and *William K. Tell, Jr.*, and *James D. Annett* for Texaco Inc., respondents. *William T. Coleman, Jr., Robert W. Maris, Vincent P. McDevitt, Samuel G. Miller, David K. Kadane, Bertram D. Moll, Arthur J. Sills*, Attorney General of New Jersey, *William Gural*, Deputy Attorney General, *Scott Scammell, John R. Sailer* and *Robert C. Koury* on the motion.